**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Charles Edward GARNER, a/k/a Chew, Defendant—Appellant.**

No. 09–6455.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 29, 2009.

Charles Edward Garner, Appellant Pro Se. Eugene Joseph Rossi, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Edward Garner appeals the district court's orders granting, in part, his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006), but denying his motion for reconsideration in which he sought a further reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Garner,* No. 1:02–cr–00133–LMB–1 (E.D. Va. Aug. 27, 2008; Feb. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*